# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SIMONE CHAMBERS, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cv-00468 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS INC, § | |
| § | |
| *Defendant.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 14, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #30) that Plaintiff Simone Chambers's claims against Defendant Experian Information Solutions Inc be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 28th day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE