# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SIMONE CHAMBERS, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cv-00468 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS INC, § | |
| § | |
| *Defendant.* § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge filed in this matter on this date, it is hereby

**CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff's case against Defendant Experian Information Solutions Inc is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 28th day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE